UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RACHEL BOOTHBY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>　　　　　Defendant. | CASE NO.: 3:24-cv-05403-DGE<br><br>**ORDER DISMISSING CASE IN ITS ENTIRETY WITH PREJUDICE** |

The Court has reviewed the parties' Stipulation for Dismissal of the Entire Case with Prejudice and good cause appearing, IT IS HEREBY ORDERED that this case be dismissed in its entirety with prejudice, each party to bear their own fees and costs. The Clerk of Court is directed to close this case and terminate it in the CM/ECF system. SO ORDERED.

DATED this 11th Day of September 2024.

*[signature]*

**HON. DAVID G. ESTUDILLO**
United States District Court
Western District of Washington

ORDER DISMISSING CASE IN ITS
ENTIRETY WITH PREJUDICE
Case No. 3:24-cv-05403-DGE – Page 1

DKM LAW GROUP, LLP
1700 7th Avenue, Ste. 2100
Seattle, WA 98101
Tel: (206) 407-2518 | Fax: (415) 842-0095